UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARTHA C. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-02479-JRS-MPB ) |
| FRANKLIN TOWNSHIP COMMUNITY SCHOOL CORPORATION, | ) ) ) |
| Defendant. | ) ) |

**Judgment**

Plaintiff Martha C. Johnson shall take nothing by way of any of her claims against Defendant Franklin Township Community School Corporation and this action is dismissed. This is a final judgment under Rule 58 of the Federal Rules of Civil Procedure. The Clerk is directed to close this case.

Date: 11/24/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution to all counsel of record via CM/ECF.